

United States District Court
Eastern District of California

| Joseph J. Upchurch | Case Number: 2:25-cv-01918-DC-AC |
|---|---|
| Plaintiff(s) | |
| V. | |
| International Union of Painters and Allied Trades Industry Pension Plan, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jacob Karabell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: International Union of Painters and Allied Trades Industry Pension Fund

On __08/09/2010__ (date), I was admitted to practice and presently in good standing in the __District of Columbia__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/02/2025        Signature of Applicant: /s/ *Jacob Karabell*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jacob Karabell |
| Law Firm Name: | Bredhoff & Kaiser P.L.L.C. |
| Address: | 805 15th Street NW |
| | Suite 1000 |
| City: | Washington   State: D.C.   Zip: 20005 |
| Phone Number w/Area Code: | (202) 842-2600 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | jkarabell@bredhoff.com |
| Secondary E-mail Address: | hpvonthielen@bredhoff.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michele R. Stafford |
| Law Firm Name: | Tucker Arensberg, L.L.P. |
| Address: | 1098 Foster City Boulevard |
| | Suite 106 #700 |
| City: | Foster City   State: CA   Zip: 94404 |
| Phone Number w/Area Code: | (650) 514-6238   Bar # 172509 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/24/2025

_Allison Claire_
MAGISTRATE JUDGE ALLISON CLAIRE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Jacob Raffel Karabell*

*was duly qualified and admitted on August 9, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 02, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*