

# United States District Court
# Eastern District of California

| Joseph J. Upchurch |
|---|
| Plaintiff(s) |

V.

| International Union of Painters and Allied Trades Industry Pension Plan, et al. |
|---|
| Defendant(s) |

Case Number: 2:25-cv-01918-DC-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Alexander Rowell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: International Union of Painters and Allied Trades Industry Pension Fund

On 12/15/2021 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/02/2025    Signature of Applicant: /s/ *J. Alexander Rowell*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | J. Alexander Rowell |
| Law Firm Name: | Bredhoff & Kaiser P.L.L.C. |
| Address: | 805 15th Street NW |
| | Suite 1000 |
| City: | Washington   State: D.C.   Zip: 20005 |
| Phone Number w/Area Code: | (202) 842-2600 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | arowell@bredhoff.com |
| Secondary E-mail Address: | hpvonthielen@bredhoff.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michele R. Stafford |
| Law Firm Name: | Tucker Arensberg, L.L.P. |
| Address: | 1098 Foster City Boulevard |
| | Suite 106 #700 |
| City: | Foster City   State: CA   Zip: 94404 |
| Phone Number w/Area Code: | (650) 514-6238   Bar #: 172509 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/24/2025

*/s/ Allison Claire*
MAGISTRATE JUDGE ALLISON CLAIRE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *James Alexander Rowell*

*was duly qualified and admitted on December 15, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on September 02, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*