| | |
|---|---|
| Jacob Karabell** <br> J. Alexander Rowell** <br> **BREDHOFF & KAISER P.L.L.C.** <br> 805 Fifteenth Street NW, Suite 1000 <br> Washington, D.C. 20005 <br> Tel. (202) 842-2600 <br> Fax (202) 842-1888 <br> jkarabell@bredhoff.com <br> arowell@bredhoff.com <br> **Pro hac vice* | *Michele R. Stafford (SBN 172509) <br> **TUCKER ARENSBERG, LLP** <br> 1098 Foster City Boulevard, Ste. 106 # 700 <br> Foster City, CA 94404 <br> Tel. (650) 514-6238 <br> mstafford@tuckerlaw.com |

*Counsel for Defendant International Union of Painters and Allied Trades Industry Pension Fund*

Ana Halmon, Esq. (SBN 253309)
*Laura Bremer, Esq. (SBN 162900)
**SALTZMAN & JOHNSON LAW CORPORATION**
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Tel. (510) 906-4710
ahalmon@sjlawcorp.com
lbremer@sjlawcorp.com

*Counsel for Defendant Northern California Glaziers, Architectural Metal and Glassworkers Pension Trust Fund*

Joseph J. Upchurch (pro se)
2351 Mountain Springs Dr.
Turlock, CA 95382
Tel. (657) 432-2090
joe@pvbsinc.com

*Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH J. UPCHURCH, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; and NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSION TRUST FUND, <br><br> Defendants. | Case No.: 2:25-cv-01918-DC-AC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MOTION TO DISMISS HEARING AND FOR ALL PARTIES TO SERVE DOCUMENTS BY EMAIL** <br><br> Date: December 3, 2025 <br> Time: 10:00 a.m. <br> Judge: Hon. Allison Claire <br> Courtroom: 26, 8th Floor <br> Compl. Filed: July 7, 2025 |

The parties, Plaintiff Joseph J. Upchurch (pro se), Defendant International Union of Painters and Allied Trades Industry Pension Fund, and Defendant Northern California Glaziers, Architectural Metal and Glassworkers Pension Trust Fund hereby jointly stipulate to continue the date of the hearings for Defendants' respective motions to dismiss to December 17, 2025 at 10:00am and for all parties to serve documents on the others by email in this case going forward, pursuant to Fed. R. Civ. P. 5(b)(2)(E), for good cause as set forth herein.

WHEREAS, Defendants each filed a Motion to Dismiss in this matter on October 27, 2025 (ECF Nos. 15, 18), noticing their Motions to be heard on December 3, 2025 at 10:00am;

WHEREAS, hearings on these Motions to Dismiss are currently scheduled for December 3, 2025 at 10:00am;

WHEREAS, Plaintiff Joseph J. Upchurch has a medical procedure scheduled on December 3, 2025, and is unable to attend a hearing on that day;

WHEREAS, Local Rule 230(f) permits "[r]equests for continuances of hearings on the motion calendar, upon stipulation or otherwise" when submitted "at least seven (7) days before the scheduled hearing date";

WHEREAS, Federal Rule of Civil Procedure 5(b)(2)(E) permits service via electronic means if consented to in writing;

WHEREAS, email service by the parties in lieu of service by first-class mail would lead to more efficient litigation of this matter;

NOW THEREFORE, the parties stipulate to and request the following:

1. The hearings on Defendants' Motions to Dismiss shall be continued and rescheduled to Wednesday, December 17, 2025, at 10:00am.
2. All parties consent to electronic service of all documents filed and/or served in this case via email at the addresses listed in the signatures below, and all parties agree to serve documents on other parties by email in this case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: October 31, 2025            /s/ Jacob Karabell
                                   Jacob Karabell**
                                   J. Alexander Rowell**

|   |   |
|---|---|
|   | **BREDHOFF & KAISER P.L.L.C.**<br>805 Fifteenth Street NW, Suite 1000<br>Washington, D.C. 20005<br>Tel. (202) 842-2600<br>Fax (202) 842-1888<br>jkarabell@bredhoff.com<br>arowell@bredhoff.com<br>\*\**Pro hac vice*<br><br>\*Michele R. Stafford (SBN 172509)<br>**TUCKER ARENSBERG, LLP**<br>1098 Foster City Boulevard, Ste. 106 # 700<br>Foster City, CA 94404<br>Tel. (650) 514-6238<br>mstafford@tuckerlaw.com<br><br>*Counsel for Defendant International Union of Painters and Allied Trades Industry Pension Fund* |
| Dated: October 31, 2025 | */s/ Laura Bremer* (as authorized on 10/31/2025)<br>Ana Halmon, Esq. (SBN 253309)<br>\*Laura Bremer, Esq. (SBN 162900)<br>**SALTZMAN & JOHNSON LAW CORPORATION**<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521<br>Tel. (510) 906-4710<br>ahalmon@sjlawcorp.com<br>lbremer@sjlawcorp.com<br><br>*Counsel for Defendant Northern California Glaziers, Architectural Metal and Glassworkers Pension Trust Fund* |
| Dated: October 31, 2025 | */s/ Joseph J. Upchurch* (original signature retained by Jacob Karabell)<br>Joseph J. Upchurch (pro se)<br>2351 Mountain Springs Dr.<br>Turlock, CA 95382<br>Tel. (657) 432-2090<br>joe@pvbsinc.com<br><br>*Plaintiff* |

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, it is hereby ORDERED that the hearings on Defendants' Motions to Dismiss (ECF Nos. 15, 18) are CONTINUED to December 17, 2025, at 10:00 a.m. It is also ordered that the parties shall serve documents filed and/or served on other parties going forward by email, instead of first-class mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

**IT IS SO ORDERED:**

Dated: November 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE