Jacob Karabell**
J. Alexander Rowell**
**BREDHOFF & KAISER P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax (202) 842-1888
jkarabell@bredhoff.com
arowell@bredhoff.com
**Pro hac vice*

Michele R. Stafford (SBN 172509)*
**TUCKER ARENSBERG, LLP**
1098 Foster City Boulevard, Ste. 106 # 700
Foster City, CA 94404
Tel. (650) 514-6238
mstafford@tuckerlaw.com

*Counsel for Defendant International Union of
Painters and Allied Trades Industry Pension Fund*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH J. UPCHURCH,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; and NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSION TRUST FUND,<br><br>Defendants. | Case No.: 2:25-cv-01918-DC-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR ALL PARTIES TO FILE OBJECTIONS TO THE COURT'S DECEMBER 23, 2025 FINDINGS AND RECOMMENDATIONS [ECF NO. 30]**<br><br>Compl. Filed: July 7, 2025 |

This Court, having considered Defendant International Union of Painters and Allied Trades Industry Pension Fund's ("IUPAT Fund") Consent Motion to Extend Time For All Parties to File Objections to the Court's December 23, 2025 Findings and Recommendations, finds that Defendant has shown good cause to extend the time for all parties to file objections to the Court's Findings and Recommendations. The Court accordingly GRANTS the motion.

It is hereby ORDERED that all parties are granted a seven (7) day extension of time, up to and including January 20, 2026, to file objections to the Court's Findings and

1    Recommendations issued December 23, 2025.

2

3            IT IS SO ORDERED:

4       Dated: January 5, 2025                    _____
                                                 ALLISON CLAIRE
5                                                UNITED STATES MAGISTRATE JUDGE

6

7

8    Proposed order presented by:

9    Dated: December 30, 2025                    /s/ J. Alexander Rowell

10

11                                               Jacob Karabell**
                                                 J. Alexander Rowell**
                                                 **BREDHOFF & KAISER P.L.L.C.**
12                                               805 Fifteenth Street NW, Suite 1000
                                                 Washington, D.C. 20005
13                                               Tel. (202) 842-2600
                                                 Fax (202) 842-1888
14                                               jkarabell@bredhoff.com
                                                 arowell@bredhoff.com
15                                               **Pro hac vice*

16                                               Michele R. Stafford (SBN 172509)*
                                                 **TUCKER ARENSBERG, LLP**
17                                               1098 Foster City Boulevard, Ste. 106 # 700
                                                 Foster City, CA 94404
18                                               Tel. (650) 514-6238
                                                 mstafford@tuckerlaw.com
19
                                                 *Counsel for Defendant International Union
20                                               of Painters and Allied Trades Industry
                                                 Pension Fund*

21

22

23

24

25

26

27

28