UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. UPCHURCH,<br>Plaintiff,<br>v.<br>INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, et al.,<br>Defendants. | No. 2:25-cv-1918 DC AC PS<br><br>ORDER |

The court is in receipt of plaintiff's request to participate in electronic filing pursuant to Local Rule 133. ECF No. 39. The court has reviewed the filing and DENIES the motion in part. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2).

Although the motion is denied with respect to utilizing the CM/ECF system to file documents and plaintiff will continue to file paper documents with the Court through conventional means, the motion is GRANTED with respect to electronic service of documents. The Clerk is DIRECTED to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case. Plaintiff consents to receive service of

////

documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

IT IS SO ORDERED.

DATED: July 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE